Evan D. Schwab (NV Bar No. 10984)
Email: evan@schwablawnv.com
**SCHWAB LAW FIRM PLLC**
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, Nevada 89113
T: 702-761-6438
F: 702-921-6443

*Attorneys for Jeremy E. Sigal*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY E. SIGAL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WENDY REMMERS, an individual; SERGEANT NEDZA, an individual; MICHAEL SWEETEN, an individual; LIEUTENANT JACKSON, an individual; SHELLEY CARRAO, an individual; ANNE CARPENTER, an individual; OFFICER NORDGREN, an individual; OFFICER WOODWARD, an individual; BRIAN WILLIAMS, an individual; JENNIFER NASH, an individual; JEREMY BEAN, an individual; HUBBARD-PICKETT, an individual; CCS TERNES MANUEL PORTILLO, an individual; DWAYN DEAL, an individual; DOES I through X and ROE CORPORATIONS I through X, inclusive.<br><br>Defendant. | Case No. 2:20-cv-00755-RFB-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING DEADLINES** |

Plaintiff Jeremy E. Sigal ("Plaintiff", by and through the undersigned counsel, DPS Defendants[1], by and through their undersigned counsel, DFS[2] Defendants, by and

---

[1] DPS Defendants consist of the following Defendants: (a) Anne Carpenter; (b) Michael Sweetn; (c) Shelly Carrao; and (d) Michelle Jackson.

[2] NDOC Defendants consist of the following Defendants: (a) Jennifer Nash; (b) Manuel Portillo; and (c) Troy Ternes; (d) Jeremy Bean; (e) Brian Williams; (f) Monique Hubbard-Pickett; and (g) Dwayne Deal.

- 1 -

through their undersigned counsel respectfully submit this Stipulation to Continue Briefing Deadlines as follows:

1. DPS Defendants filed a Motion to Dismiss the Complaint [ECF 17] on June 7, 2021.
2. NDOC Defendants filed Defendants' Motion to Dismiss [ECF 18] on June 24, 2021.
3. The response to the DPS Defendants Motion to Dismiss is presently due on June 21, 2021 and the response to NDOC Defendants Motion to Dismiss is presently due on July 8, 2021.
4. Pursuant to LR IA 6-1(a), the Parties submit the following statement of excusable neglect as it pertains to the request to extend the response deadline to the DPS Defendants Motion to Dismiss. On or about June 17, 2021, Plaintiff's Counsel's office had a computer and server crash on their case files that resulted in a temporary loss/interruption of data and in some cases a permanent loss of data as to case files and calendaring software. Plaintiff's Counsel and the staff spent that day and the corresponding weekend recovering data and attempting to re-calendar case deadlines and calendars. This software/data problem resulted in interruption and problems in other cases as well. The briefing deadline for the response in this matter as well as the file for the instant matter was only recovered by Plaintiff's Counsel's office after the stated June 21, 2021 deadline. Plaintiff's Counsel's office extends sincere apologies to the Court, opposing counsel and those affected. Plaintiff's Counsel has been a practitioner in the federal courts for well over ten years now and has never had any issue with motion practice deadlines to date with the exception of the above incident.
5. The Parties have conferred and agree for the purpose of efficiency, judicial economy, and due to the scheduling issues of the parties, travel plans, the trial schedule of the Parties, and the intermittent holiday, that Plaintiff shall have up and until Monday July 12, 2021 to submit responses to both the DPS and NDOC's

Motions to Dismiss. Defendants shall have up and until July 30, 2021 to submit reply points and authorities in support of the Motions to Dismiss.

6. This stipulation does not affect any other pre-trial and/or scheduling dates and there is no hearing date currently scheduled on any pending motion.

| Dated this 6th day of July 2021 | Dated this 6th day of July 2021 |
|---|---|
| Schwab Law Firm PLLC | Nevada Attorney General's Office |
| /s/ *Evan Schwab* | /s/ *Jared M. Frost* |
| Evan D. Schwab (NV Bar No. 10984)<br>7455 Arroyo Crossing Parkway, Suite 220<br>Las Vegas, Nevada 89113<br>E: evan@schwablawnv.com<br>T: 702-761-6438<br>F: 702-921-6443 | Jared M. Frost (NV Bar No. 11132)<br>555 E. Washington Ave., Suite 3900<br>Las Vegas, Nevada 89101<br>E: jfrost@ag.nv.gov<br>T: 702-486-3177<br>F: 702-486-3773 |
| *Attorneys for Plaintiff Jeremy Sigal* | *Attorneys for DPS Defendants* |

Nevada Attorney General's Office

/s/ *Katlyn M. Brady*

Katlyn M. Brady (NV Bar No. 14173)
555 E. Washington Ave., Suite 3900
Las Vegas, Nevada 89101
E: Katlynbrady@ag.nv.gov
T: 702-486-0661
F: 702-486-3773

*Attorneys for NDOC Defendants*

## ORDER

Pursuant to the parties' stipulation, the Court makes the following order:

The deadline to file Response to the DPS Defendants Motion to Dismiss [ECF 17] and the NDOC Defendants Motion to Dismiss [ECF 18] shall be continue to July 12, 2021.

The Defendants shall have up and until July 30, 2021 to file reply points and authorities in support of their Motions.

IT IS SO ORDERED.

Dated this 8th day of July 2021

_____
RICHARD E. BOULWARE, II
United States District Court