Evan D. Schwab (NV Bar No. 10984)
Email: evan@schwablawnv.com
**SCHWAB LAW FIRM PLLC**
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, Nevada 89113
T:  702-761-6438
F:  702-921-6443

*Attorneys for Jeremy E. Sigal*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY E. SIGAL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WENDY REMMERS, an individual; SERGEANT NEDZA, an individual; MICHAEL SWEETEN, an individual; LIEUTENANT JACKSON, an individual; SHELLEY CARRAO, an individual; ANNE CARPENTER, an individual; OFFICER NORDGREN, an individual; OFFICER WOODWARD, an individual; BRIAN WILLIAMS, an individual; JENNIFER NASH, an individual; JEREMY BEAN, an individual; HUBBARD-PICKETT, an individual; CCS TERNES MANUEL PORTILLO, an individual; DWAYN DEAL, an individual; DOES I through X and ROE CORPORATIONS I through X, inclusive.<br><br>Defendant. | Case No. 2:20-cv-00755-RFB-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING DEADLINES AND DISCOVERY PLAN/SCHEDULING ORDER** |

Plaintiff Jeremy E. Sigal ("Plaintiff", by and through the undersigned counsel, DPS Defendants[1], by and through their undersigned counsel, NDOC[2] Defendants, by and

---

[1] DPS Defendants consist of the following Defendants: (a) Anne Carpenter; (b) Michael Sweeten; (c) Shelly Carrao; (d) Michelle Jackson; (e) Wendy Remmers; (f) Scott Nedza; and (g) Amber Nordgren a/k/a Amber Woodward.

[2] NDOC Defendants consist of the following Defendants: (a) Jennifer Nash; (b) Manuel Portillo; and (c) Troy Ternes; (d) Jeremy Bean; (e) Brian Williams; (f) Monique Hubbard-Pickett; and (g) Dwayne Deal.

- 1 -

through their undersigned counsel respectfully submit this Stipulation to Continue Briefing Deadline and Discovery Plan/Scheduling Order as follows:

1. Defendants Wendy Remmers, Scott Nedza, Amber Woodward a/k/a Amber Nordgren were served the Summons and Complaint on July 16, 2021.[3] There are no remaining Defendants to be served.

2. Defendants Remmers and Nedza filed their Motion to Dismiss Complaint [ECF 32] on August 4, 2021. The responses to this Motion to Dismiss would be due on or before August 18, 2021. Per this filing, the Discovery/Plan Scheduling Order is due by September 18, 2021.

3. Defendant Nordgren filed her Motion to Dismiss Petition for Removal [ECF 33] on August 16, 2021. The response to this Motion to Dismiss would be due on or before August 30, 2021. Per this filing, the Discovery/Plan Scheduling Order is due on or before September 30, 2021.

4. The Parties have conferred and agree for the purpose of efficiency, judicial economy, and due to the scheduling issues of the parties, travel plans, the trial schedule of the Parties, and the intermittent holiday, that Plaintiff shall have up and until Friday September 3, 2021 to the Motions to Dismiss by Defendants Nordgren, Remmers and Nedza. Defendants shall have up and until September 10, 2021 to submit reply points and authorities in support of the Motions to Dismiss.

[Remainder of Space Intentionally Left Blank]

---

[3] Summons to Amber Woodward a/k/a Amber Nordgren, filed on 7-21-2021, on file herein. Summons to Scott Nedza, filed on 7-21-2021, on file herein. Summons to Wendy Remmers, filed on 7-21-2021, on file herein.

5. This stipulation does not affect any other pre-trial and/or scheduling dates and there is no hearing date currently scheduled on any pending motion.

| Dated this 18th day of August 2021 | Dated this 18th day of August 2021 |
|---|---|
| Schwab Law Firm PLLC | Nevada Attorney General's Office |
| /s/ *Evan Schwab* | /s/ *Jared M. Frost* |
| Evan D. Schwab (NV Bar No. 10984)<br>7455 Arroyo Crossing Parkway, Suite 220<br>Las Vegas, Nevada 89113<br>E: evan@schwablawnv.com<br>T: 702-761-6438<br>F: 702-921-6443 | Jared M. Frost (NV Bar No. 11132)<br>555 E. Washington Ave., Suite 3900<br>Las Vegas, Nevada 89101<br>E: jfrost@ag.nv.gov<br>T: 702-486-3177<br>F: 702-486-3773 |
| *Attorneys for Plaintiff Jeremy Sigal* | *Attorneys for DPS Defendants* |

Nevada Attorney General's Office

/s/ *Katlyn M. Brady*

Katlyn M. Brady (NV Bar No. 14173)
555 E. Washington Ave., Suite 3900
Las Vegas, Nevada 89101
E: Katlynbrady@ag.nv.gov
T: 702-486-0661
F: 702-486-3773

*Attorneys for NDOC Defendants*

## ORDER

Pursuant to the parties' stipulation, the Court makes the following order:

The deadline to file Response to the Defendants Remmers and Nedza's Motion to Dismiss the Complaint [ECF 32] and Defendant Nordgren's Motion to Dismiss the Complaint [ECF 33] shall be continue to Friday September 3, 2021.

The Defendants shall have up and until September 10, 2021 to file reply points and authorities in support of their Motions.

[Remainder of Space Intentionally Left Blank]

1   The Parties shall have up and until September 30, 2021 to submit the Discovery
2  Plan/Scheduling Order.
3   IT IS SO ORDERED.
4   Dated this 18th day of August 2021

_____
RICHARD E. BOULWARE, II
United States District Court