Evan D. Schwab (NV Bar No. 10984)
Email: evan@schwablawnv.com
**SCHWAB LAW FIRM PLLC**
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, Nevada 89113
T: 702-761-6438
F: 702-921-6443

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JEREMY E. SIGAL, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WENDY REMMERS, an individual, et al.<br><br>　　　　Defendants. | Case No. 2:20-cv-00755-RFB-DJA<br><br>**Stipulation to Continue Briefing Deadlines** |

Plaintiff Jeremy E. Sigal ("Plaintiff"), by and through his attorneys Evan D. Schwab, Esq. of Schwab Law Firm PLLC ("SLF") and Defendant Manuel Portillo, by and through his attorneys of record Lorin M. Taylor of the Office of the Attorney General, hereby file this Stipulation to Continue Briefing Deadlines as follows.

This Stipulation is entered into for the following reasons:

1. Defendant Portillo filed Defendant Manuel Portillo's Motion for Summary Judgment ("Motion") on January 20, 2023. Plaintiff's Response to the Motion is presently due on or before February 10, 2023.

2. Plaintiff's Counsel needs to have access to meet and confer with Plaintiff with regard to the issues and any appropriate responses to the Motion, but Plaintiff is presently outside of the jurisdiction and the Country and unable to meaningfully assist for the given moment. Plaintiff's Counsel would extend any similar professional courtesy to Defendant's Counsel in terms of Reply deadline or otherwise.

- 1 -

3. Counsel for the Parties are in agreement that Plaintiff may have up and until February 24, 2023 to file the Response to the Motion.

4. No Trial date has been set in this matter and the instant extension would not cause undue delay, prejudice or otherwise to any of the Parties to this action. No formal hearing date has been set on the Motion.

5. This Stipulation is entered into in good faith.

| Dated this 9th day of February 2023 | Dated this 9th day of February 2023 |
|---|---|
| Schwab Law Firm PLLC | State of Nevada – Office of Attorney General |
| /s/ Evan Schwab | /s/ Lorin M. Taylor |
| Evan D. Schwab, Esq.<br>Nevada Bar No. 10984<br>7455 Arroyo Crossing Parkway, #220<br>Las Vegas, Nevada 89113<br>E: evan@schwablawnv.com<br>T: 702-761-6438 | Lorin M. Taylor, Deputy Attorney General<br>Nevada Bar No. 14598<br>555 E. Washington Avenue, Suite 3900<br>Las Vegas, Nevada 89101<br>E: lmtaylor@ag.nv.gov<br>T: 702-486-2389 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Manuel Portillo* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JEREMY E. SIGAL, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WENDY REMMERS, an individual, et al.<br><br>　　　　Defendants. | Case No. 2:20-cv-00755-RFB-DJA<br><br>**Stipulation to Continue Briefing Deadlines** |

### Findings of Fact

Based on the Stipulation to Continue Briefing Deadlines filed by Counsel for the Parties, and good cause appearing therefore, the Court finds that:

1. Defendant Portillo filed Defendant Manuel Portillo's Motion for Summary Judgment ("Motion") on January 20, 2023. Plaintiff's Response to the Motion is presently due on or before February 10, 2023.

2. Plaintiff's Counsel needs to have access to meet and confer with Plaintiff with regard to the issues and any appropriate responses to the Motion, but Plaintiff is presently outside of the jurisdiction and the Country and unable to meaningfully assist for the given moment. Plaintiff's Counsel would extend any similar professional courtesy to Defendant's Counsel in terms of Reply deadline or otherwise.

3. Counsel for the Parties are in agreement that Plaintiff may have up and until February 24, 2023 to file the Response to the Motion.

4. No Trial date has been set in this matter and the instant extension would not cause undue delay, prejudice or otherwise to any of the Parties to this action. No formal hearing date has been set on the Motion.

5. This Stipulation is entered into in good faith.

[Remainder of Space Intentionally Left Blank]

**Conclusions of Law**

Federal Rule of Civil Procedure 6(b) et seq. permits the Court to extend the time for briefing under including, but not limited to, the following circumstances: "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…" In the instant matter Counsel have submitted a Stipulation to continue the briefing deadlines and good cause appears.

**Order**

IT IS SO ORDERED that Plaintiff's Response to Defendant Manuel Portillo's Motion for Summary Judgment ("Motion") will be due on or before February 24, 2023.

Dated this 10th day of February 2023

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE